**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 13-CR-30069-DWD** |
| ) | |
| **MICHEL LENTSCH,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>MEMORANDUM & ORDER</u>

**DUGAN, District Judge:**

This matter is currently before the Court on Defendant Michael Lentsch's Motion for Early Termination of Supervised Release (<u>Doc. 2</u>).  Mr. Lentsch served his sentence from February 19, 2016 to July 2023. (Doc. 2). Mr. Lentsch was confined to his home until being released from federal custody on December 20, 2024 and placed into supervised release. (Docs. 2 & 3). Mr. Lentsch's supervision was transferred from the Eastern District of Missouri to this district on April 29, 2025. (Doc. 1). Presently pending is Mr. Lentsch's request for early termination of supervised release, noting that has consistently been compliant, has taken supervision seriously, and has continued working to "build a stable future." (Doc. 2, pgs. 1-2).

The United States and the United States Probation Office are not opposed to the request, and the United States Probation Office has stated as follows:

> 3 random UA taken all rendering negative. All monetary penalties satisfied. He has been compliant with turning in his monthly reporting

forms with proof of employment. He remains compliant with US Probation. No objection to the request.

(Doc. 3).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Lentch's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Termination of Supervised Release (Doc. 2) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 30, 2026

**s/*David W. Dugan***
DAVID W. DUGAN
United States District Judge